UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK



In re:   Thomas J. Lachiusa                    ORDER

Chapter 7
Case #09-20395

    Upon the motion of the Debtor by his attorney, Alexander Korotkin, Esq., and upon reading and filing the affirmation of Alexander Korotkin, Esq., together with attached exhibits, in support of a motion to avoid the liens in the amount impairing the Debtor's exemption in real property, and based upon the market value as stated in the motion, and proper notice having been given to the Judgment Creditor(s), Attorney for the Judgment Creditor(s), Office of the U.S. Trustee, and the Chapter 7 Trustee, and upon due deliberation;

    **NOW THEREFORE**, on motion of Alexander Korotkin, Esq., Debtor's attorney, it is

    **ORDERED, ADJUDGED AND DECREED** that the judicial lien docketed in the Monroe County Clerk's Office on 4/22/2003 by Frank DeCarlo, on 11/19/2003 by Platinum Financial Services Co., on 2/23/2004 by Monogram Credit Card Bank of Georgia, on 9/7/2004 by Portfolio Recovery Associates, on 5/2/2008 by Palisades Acquisition XVI LLC, against Thomas J. Lachiusa are avoided in their entirety as liens against the real property at 836 Independence Drive, Webster, New York 14580, pursuant to §522(f) of the United States Bankruptcy Code; and it is further

    **ORDERED, ADJUDGED AND DECREED** that this Order is subject to the provisions of 11 U.S.C. § 349(b)(1), which statute automatically reinstates the above lien(s) if this debtors' case is dismissed without the Court having Ordered a different result.

DATED:    9/4/09

Rochester, New York

This order is subject to the provisions of 11 U S C Sec 349 (b) (1) which statute automatically reinstates the above lien if this debtor's case is dismissed without the Court having ordered a different result

USBJ

HON. JOHN C. NINFO, II.
United States Bankruptcy Judge